UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MCDANIELS,<br>    Plaintiff,<br>v.<br>ROBERT BEYERS,<br>    Defendant.<br><br>GABRIEL MCDANIELS,<br>    Plaintiff,<br>v.<br>GLEN NAVIS,<br>    Defendant. | Case Nos. 18-cv-06272-JCS<br>18-cv-06275-JCS<br><br>*Also Filed in Case Nos. 18-cv-06251-EMC & 18-cv-06252-EMC*<br><br>**ORDER RELATING CASES**<br><br>**SUA SPONTE REFERRAL TO DETERMINE FURTHER RELATIONSHIP OF CASES** |

Pursuant to notice provided October 17, 2018, the Court hereby ORDERS that case number 18-cv-06275 is related to case number 18-cv-06272.

Both of those cases are also referred to the Honorable Edward Chen to determine whether they are related to case number 18-cv-06251 and/or case number 18-cv-06252, both of which involve nearly identical complaints naming different defendants. Any party may file a response to the issue of whether the cases are related no later than November 19, 2018.

The undersigned will separately file a report recommending that case numbers 18-cv-06272 and 18-cv-06275 be dismissed without leave to amend. If Judge Chen determines that those cases are not related to the cases currently assigned to him, they will be reassigned to a randomly selected United States district judge.

**IT IS SO ORDERED.**

Dated: November 14, 2018

JOSEPH C. SPERO
Chief Magistrate Judge